Michael D. Rawlins
Nevada Bar No. 5467
**SMITH & SHAPIRO, PLLC**
333 East Serene Avenue, Suite 130
Henderson, Nevada 89074
Telephone: (702) 318-5033
Facsimile: (702) 318-5034
Email: mrawlins@smithshapiro.com
*Attorneys for Defendant R.C. Willey Home Furnishings, Inc.*

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SARAH KING, an individual;<br><br>Plaintiff,<br><br>vs.<br><br>R.C. WILLEY HOME FURNISHINGS, a foreign corporation; EQUIFAX INFORMATION SERVICES, LLC, a foreign corporation; TRANS UNION, LLC, a foreign limited-liability company;<br><br>Defendants. | CASE NO.: 2:19-CV-01516-GMN-NJK<br><br>**STIPULATION & ORDER FOR EXTENSION OF TIME FOR R.C. WILLEY TO RESPOND TO PLAINTIFF'S COMPLAINT FOR VIOLATIONS OF THE FAIR CREDIT REPORTING ACT, 15 U.S.C. § 1681, ET. SEQ.**<br><br>**(First Request)** |

IT IS HEREBY STIPULATED, by and between the undersigned counsel, that Defendant R.C. Willey Home Furnishings, Inc. ("RC Willey") shall have until Friday, October 25th, 2019, to file and serve its response to *Plaintiff's Complaint for Violations of the Fair Credit Reporting Act, U.S.C. 15 § 1681, Et. Seq*. Under F.R.C.P. 12 (a), that response would normally be due October 11th, 2019.

////

////

////

////

////

////

////

////

1

Counsel for RC Willey has just been retained and needs additional time to discuss this matter with his client and formulate a response. The parties agree this Stipulation is being submitted in good faith and not for purposes of delay, and that this Stipulation is made in accordance with Local Rule 7-1 and for good cause.

Dated this 10th day of October, 2019.

**SMITH & SHAPIRO, PLLC**

By: /s/ *Michael D. Rawlins*
Michael D. Rawlins, Esq.
Nevada Bar No. 5467
*Attorneys for R.C. Willey Home Furnishings, Inc.*

Dated this 10th day of October, 2019.

**LAW OFFICE OF KEVIN L. HERNANDEZ**

By: /s/ *Kevin L. Hernandez*
Kevin L. Hernandez, Esq.
Nevada Bar No. 12594
*Attorneys for Plaintiff*

**NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: October 11, 2019