Jennifer Bergh
jbergh@qslwm.com
Quilling Selander Lownds
Winslett & Moser, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, TX 75024
(214) 560-5460
(214) 871-2111 Fax
**Counsel for Trans Union LLC**

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| SARAH KING,<br><br>            Plaintiff,<br><br>v.<br><br>R.C. WILLEY HOME FURNISHINGS, EQUIFAX INFORMATION SERVICES LLC, EXPERIAN INFORMATION SOLUTIONS, INC., and TRANS UNION LLC,<br><br>            Defendants. | Case No. 2:19-cv-01516-GMN-NJK<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC** |

Plaintiff Sarah King and Defendant Trans Union LLC file this Stipulation of Dismissal with Prejudice and in support thereof would respectfully show the court as follows:

There are no longer any issues in this matter between Sarah King and Trans Union LLC to be determined by this Court. Plaintiff and Trans Union LLC hereby stipulate that all claims and causes of action that were or could have been asserted against Trans Union LLC are hereby dismissed with prejudice, with court costs and attorneys' fees to be paid by the party incurring same.

Dated this 25th day of March 2020.

**IT IS SO ORDERED.**

Dated this __27__ day of March, 2020.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

3624293.1

| | | |
|---|---|---|
| 1 | | |
| 2 | /s/ Jennifer Bergh | /s/ Kevin L. Hernandez |
| | Jennifer Bergh | Kevin L. Hernandez |
| 3 | jbergh@qslwm.com | kevin@kevinhernandezlaw.com |
| | Quilling Selander Lownds | Law Office of Kevin L. Hernandez |
| 4 | Winslett & Moser, P.C. | 8872 S Eastern Ave, Suite 270 |
| | 6900 N. Dallas Parkway, Suite 800 | Las Vegas, NV 89123 |
| 5 | Plano, TX 75024 | (702) 563-4450 |
| | (214) 560-5460 | (702) 552-0408 Fax |
| 6 | (214) 871-2111 Fax | **Counsel for Plaintiff** |
| 7 | or | |
| | Trevor Waite | |
| 8 | twaite@alversontaylor.com | |
| | Alverson, Taylor & Sanders | |
| 9 | 6605 Grand Montecito Pkwy, Suite 200 | |
| | Las Vegas, NV 89149 | |
| 10 | (702) 384-7000 | |
| 11 | (702) 385-7000 Fax | |
| | **Counsel for Trans Union LLC** | |

3624293.1

1